**Order filed August 21, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00481-CV

_____

### LUCIDALIA CHAVEZ, Appellant

### V.

### WALTER CHAVEZ, Appellee

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-60726**

---

## ORDER

This is an appeal from a final decree of divorce signed March 17, 2014. Appellant filed a timely motion for new trial. The record in this appeal was due July 15, 2014, but it has not been filed.

Appellant filed an affidavit of indigence in the trial court on June 5, 2014. *See* Tex. R. App. P. 20.1. She also filed an affidavit of indigence in this court on June 23, 2014. On June 24, 2014, this court forwarded the affidavit to the trial court clerk and court reporter and advised them that any contest to the affidavit

was required to be filed with the clerk of this court within ten days. *See* Tex. R. App. P. 20.1(d)(2). No contest was filed in this court.

On July 24, 2014, this court ordered a partial clerk's record containing the documents filed in the trial court related to appellant's claim of indigence. On July 30, 2014, the requested record was filed. The partial record contained only appellant's affidavit of indigence and notice of appeal, along with a copy of this court's June 24, 2014, notice setting the deadline for any contest. The record also contained a notice that these were the only imaged documents related to appellant's affidavit of indigence. In the absence of a timely contest, the allegations in appellant's affidavit of indigence are deemed true and appellant is allowed to proceed without advance payment of costs. *See* Tex. R. App. P. 20.1(f).

Accordingly, we issue the following order:

The **Harris County District Clerk** is ordered to file the complete clerk's record containing the documents listed in Texas Rule of Appellate Procedure 34.5(a) on or before **September 22, 2014.**

The official court reporter for the 309th District Court, **Delores Johnson**, is ordered to file the reporter's record from the trial of the underlying case heard on September 23, 2013, November 12, 2013, and November 22, 2013, on or before **September 22, 2014,** subject to any reasonable extension of time that may be granted.

It is so ordered.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.